■ In the Matter of JEROME RAZOR, Respondent, v CITY OF NEW YORK et al., Appellants. [48 NYS3d 20]—

Order and judgment (one paper), Supreme Court, New York County (Doris Ling-Cohan, J.), entered April 9, 2015, to the extent appealed from as limited by the briefs, denying respondents' cross motion to dismiss the petition, granting the petition to the extent it annulled respondents' April 3, 2013 determination denying petitioner's appeal of his U-rating, and directing respondent Board of Education to expunge the rating and replace it with an "S" rating, unanimously reversed, on the law, without costs, the petition denied, and the proceeding brought pursuant to CPLR article 78 dismissed.

Petitioner failed to preserve the issue of whether the U-rating should have been annulled based on an alleged procedural deficiency or deviation from the collective bargaining agreement negotiated by his union regarding observation

practices, since he never raised the issue at the administrative level (*see e.g. Matter of Bottom v Annucci*, 26 NY3d 983, 985 [2015]; *Green v New York City Police Dept.*, 34 AD3d 262, 263 [1st Dept 2006]).

Petitioner has failed to show that the U-rating was arbitrary and capricious, or made in bad faith.

We have considered petitioner's remaining arguments and find them unavailing. Concur—Tom, J.P., Renwick, Saxe, Feinman and Gesmer, JJ.